AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

NORMAN SMITH,

      Petitioner,             JUDGMENT IN A CIVIL CASE
  v.

                               CASE NUMBER:  **3:17-cv-00152-MMD-WGC**

STATE OF NEVADA, et al.,

      Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.


March 15, 2017                                                   **DEBRA K. KEMPI**
                                                                   Clerk

                                                                   /s/ K. Rusin
                                                                  Deputy Clerk